# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. CARTIA GALBREATH, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff, 　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　)　　Case No. CIV-14-569-C<br>　　　　　　　　　　　　　　　　　　)<br>1. T.S. DUDLEY LAND COMPANY, INC., )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　　　　) | |

## JOINT DISMISSAL WITH PREJUDICE

**COME NOW** the parties and, pursuant to Fed. R. Civ. P. 41, hereby stipulates to the dismissal with prejudice of Plaintiff's claims. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 30th DAY OF MARCH, 2015**.

　　　　　　　　　　　　　　　　　　HAMMONS, GOWENS, HURST
　　　　　　　　　　　　　　　　　　& ASSOCIATES

　　　　　　　　　　　　　　　　　s/ Amber L. Hurst
　　　　　　　　　　　　　　　　　　Mark Hammons, OBA No. 3784
　　　　　　　　　　　　　　　　　　Amber L. Hurst, OBA No. 21231
　　　　　　　　　　　　　　　　　　325 Dean A. McGee Avenue
　　　　　　　　　　　　　　　　　Oklahoma City, Oklahoma 73102
　　　　　　　　　　　　　　　　　　Telephone: (405) 235-6100
　　　　　　　　　　　　　　　　　　Facsimile: (405) 235-6111
　　　　　　　　　　　　　　　　　　Email: amberh@hammonslaw.com
　　　　　　　　　　　　　　　　　　Jury Trial Demanded
　　　　　　　　　　　　　　　　　　Attorney Lien Claimed
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　s/ Laura McConnell-Corbyn
　　　　　　　　　　　　　　　　　　*(Signed by filing counsel with permission )*
　　　　　　　　　　　　　　　　　　Laura McConnell-Corbyn, OBA # 12394
　　　　　　　　　　　　　　　　　　Ashley L. Powell, OBA No. 31689
　　　　　　　　　　　　　　　　　　Hartzog Conger Cason & Neville
　　　　　　　　　　　　　　　　　　1600 Bank of Oklahoma Plaza
　　　　　　　　　　　　　　　　　　201 Robert S. Kerr Avenue
　　　　　　　　　　　　　　　　　　Oklahoma City, Oklahoma 73102
　　　　　　　　　　　　　　　　　　Telephone: (405) 235-7000
　　　　　　　　　　　　　　　　　　Facsimile: (405) 996-3403
　　　　　　　　　　　　　　　　　　Email: lmcconnell@hartzoglaw.com
　　　　　　　　　　　　　　　　　　　　　　apowell@hartzoglaw.com
　　　　　　　　　　　　　　　　　　*Counsel for Defendant*